CAUSE NO. C-396-010432-1249395-A-

LARRY JOE MORGAN §   WR-83621-02

VS. §   COURT OF CRIMINAL

STATE OF TEXAS §   APPEALS OF TEXAS
                            AND   83,621-02
MOTION DENIED
DATE: 10-28-15
BY: RC
§   IN THE 396th JUDICIAL
§   DISTRICT COURT OF
§   TARRANT COUNTY TEXAS

MOTION TO COMPEL REQUEST COPIES OF
TRIAL COURT RECORDS TRANSCRIPTS STATEMENT
PHOTOGRAPHS ETC...ETC AFTER FINAL CONVICTION

Art.40.09 SEC 13 VACCP / Tex.Penal.Code.ANN § 22.02

COMES NOW LARRY JOE MORGAN "APPLICANT" PRO-SE
And Layman and Respectfully moves The Court under
Article 39.14.C.C.P. and makes his motion For Discovery
and inspection of any and all Court Trial records of
The final Disposition of Cause No. 1249395D And in
Support there of would Show the court the
Following:

This document contains some
pages that are of poor quality
at the time of imaging.

1

The ("APPLICANT") is Legally intitiled to the Foregoing
information Pursuant to the FIFTH, SIXTH and FOURTEENTH
Amendments to the United States Constitution Article
(1) Section (10) and (19) of the Constitution of the
State of Texas Rules of Evidence and under the
Authority of Article 39.14.C.C.P.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

ii

All Confessions admission and Statements oral and or during writing and Set down and Preserved and utilized prior to or during the Trial for the indictment and final Conviction in the above forementioned cause Number.

### iii

("APPLICANT") Cannot adequately prepare the Necessary facts to Successfully prove by Preponderance of evidence that the errors contributed to his Conviction.

### iv

("APPLICANT") has Illegally been denied access to the Court. The State's attorney is withholding herein information which hindered ("APPLICANT") from doing his (Traverse affidavits, and motions) in Pursuant to Brady vs. Maryland's Suppression of Evidence. The Suppression by the prosecution of evidence favorable to and requested by an accused Violates due process where the evidence is material either to guilt or to punishment irrespective of the good faith or bad faith of the prosecution.

### v

All prior recording including applicant's Bond

reduction Hearing 911 Callers, and Appeal hearing Audios' and Transcripts.

## vi

All prior recording including:

(a) State's Victim Criminal record;

(b) Any and all Confidential witnesses or Eye witnesses that the State used as evidence to establish Said Conviction;

## vii

### SPECIAL REQUESTS'

(1) All inhouse audio's and Video's of Said Trial and bond reduction hearing and motion for New Trial hearing.

(2) In Support hereof the applicant will Show the Court that Production of request information of the foregoing items is Necessary to insure that the ("APPLICANT") Can adequately proceed in his quest to prove his INNOCENSE.

(3) The items are in the Exclusive Possession Custody, and Control of the State of Texas by and Through its agents, the Police or the Prosecuting attorney's office, and the Trial Court in which applicant was Convicted.

## viii

### ARGUMENT AND AUTHORITIES

The items requested are authorized to the applicant by Law Not providing applicant with them is a Violation of his Due Process rights fourteenth amendment to the United State Constitution.

The foregoing information and Evidence was Utilized to establish applicant's guilt Thus the absent of Such information will automatically Violate the applicant right under Article 39.14.C.C.P. Article (1) Section (10) and (19) of the Constitution of the State of Texas and The Fifth Sixth and Fourteenth Amendments to the United States Constitution.

Furthermore, as powerfully Articulated in 394 U.S. 303 N.7 that Discovery may in Appropriate Cases aid in Developing facts Neccessary to decide whether to Order an evidentiary hearing or to grant the writ following Evidentiary hearing but where Specific allegations before Court Show reason to believe that the Applicant may if the facts are fully Developed be able to demonstrate that he is Confined illegally and is therefore entitled to relief it is the (Duty of the Court) to provide the Necessary facilities and Procedures for an adequate inquiry Such Prehearing Discover is advocated by wagner vs. U.S. 418 F. 2d 618. 621.

In addition in Haines vs. Kenner the Supreme Court

THE STATE OF TEXAS
VS.
LARRY JOE MORGAN

Trial NO. 1249395D
Appeal No. 07-13-00136-CR

)  UNITED STATES
)  SUPREME COURT
)        and
)  TEXAS SUPREME
)  COURT
)
)        SEVENTH DISTRICT
)  COURT OF TEXAS,
)  POTTER COUNTY and
)  396th DISTRICT COURT
)  OF TARRANT COUNTY
)
)        and
)  UNITED STATES
)  DEPARTMENT OF JUSTICE

LARRY JOE MORGAN
VS.
THE STATE OF TEXAS

## ANOTHER APPLICATION FOR SUBPOENA DUCES TECUM

COMES NOW: "I am LARRY JOE MORGAN, and I am the defendant in this Motion. I am over 18 years of age and competent to make this Motion. I have personal Knowledge of the facts in this Motion: LARRY MORGAN

pro se, I here and NOW Demann that Charges be brought against Tarrant County 396TH JUDICIAL DISTRICT COURT:

There has been a total breakdown in its Justice System herein as following:

#1. Judge George Gallagher allowed Mr David Hagerman Tampering with offical (defendant) Court Transcripts.

#2. Judge George Gallagher allowed (defendant) Primary defense be remove from 911 Transcripts.

#3. Judge George Gallagher allowed his Prosecutor whom was remove from case because of conflict of interest to make her present Known during

reversed the District Court decision and affirmed that Applicant must be given the opportunity to offer proof to support or Develope Allegations raised in his Habeas Corpus Claims.

Further in Townsend vs Sain 372 U.S. 293, 319, 83 S.CT. The Supreme Court affirmed that Applicant must be given the opportunity to present other testimonial and Documentary Evidence relevant to disputed issues.

Finally Applicant will enclose his matters of complained.
This concludes Applicant motion.

## PRAYER

Wherefore Applicant prays that the court looks upon his motion to Compel Trial Court to release the foregoing Documents, and grant it.

## VERIFICATION

I, LARRY JOE MORGAN, TDCJ-ID# 1847262 being Presently Incarcerated at James A. Lynaugh Unit of TDCJ Declare under Penalty of perJury that the foregoing fact are true and Correct.

LARRY JOE MORGAN
1098 S. HWY 2037 LYNAUGH UNIT CEII D-1-18-13
FT. STOCKTON TX 79735 DOB 08-07-1960

## CERTIFICATE OF SERVICE

This is to Cerfify that on October 19th, 2015 a true and Correct Copy of the above and foregoing motion to Compel Trial Court to release records was mailed to the Court of Criminal Appeals of Texas at P.O. Box 12308, Capitol Station Austin Texas 78711. Furthermore the below Signature is for all purposes

_Larry Morgan_ PRO SE
(Applicant)

# EXHIBIT 1

## DECLARATION OF INABILITY TO PAY COST

(The following Declaration is made pursuant to the Texas Rules of Civil Procedure and Title 6, Chapter 132 of the Texas Civil Practices and Remedies Code.)

Now respectfully comes _LARRY JOE MORGAN_, TDCJ # _1847262_, and declares that I am unable to pay the court costs in this civil action and requests leave of the Court to proceed in forma pauperis in this accompanying civil action and would show the Court the following:

(1) I am presently incarcerated in the _JAME A. LYNAUGH_ Unit of the Texas Department of Criminal Justice where I am not permitted to earn or handle money.

(2) I have no source of income or spousal income.

(3) I currently have $ _-0-_ credited to me in the Inmate Trust Fund.

(4) During my incarceration in the Texas Department of Criminal Justice I have received approximately $ _-0-_ per month as gifts from relatives and friends.

(5) I neither own nor have an interest in any realty, stocks, bonds, or bank accounts and I receive no interest or dividend income from any source.

(6) I have _-0-_ dependents.

(7) I have total debts of approximately $ _-0-_.

(8) I owe $ _-0-_ as restitution.

(9) My monthly expenses are approximately $ _-0-_.

I, _LARRY JOE MORGAN_, TDCJ # _1847262_, being presently incarcerated in the _JAMES A. LYNAUGH_ Unit of the Texas Department of Criminal Justice in _PECOS_ County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the _18th_ day of _OCTOBER_, 20 _15_.

_Larry Morgan_
Name